# First District Court of Appeal
## State of Florida

———————————————

No. 1D21-979

———————————————

W.R., Father of S.R., a minor
child,

    Appellant,

    v.

Department of Children and
Families,

    Appellee.

———————————————

On appeal from the Circuit Court for Walton County.
Jeffrey E. Lewis, Judge.

September 2, 2021

Per Curiam.

    Affirmed.

B.L. Thomas, Roberts, and M.K. Thomas, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Stanley K. Luke, Crestview; Kari Jorma Myllynen of the Law Office of K.J. Myllynen, Esquire, Land O' Lakes, for Appellant.

Thomasina F. Moore, Statewide Director of Appeals, and Sara Goldfarb, Statewide Guardian ad Litem Office, Tallahassee; Jamie Billotte Moses of Holland & Knight LLP, Statewide Guardian ad Litem Office, Orlando; Charles Vocelle, Guardian ad Litem Program, DeFuniak Springs; Sarah J. Rumph, Children's Legal Services, Tallahassee; Caleb I. Cosson, Children's Legal Services, DeFuniak Springs; Nicole L. Goheen, Office of Regional Counsel, DeFuniak Springs; for Appellee.